No. 113.  DAVIDSON TRANSFER & STORAGE CO. ET AL. *v.* UNITED STATES ET AL.  November 9, 1942.

No. 116.  NIESCHLAG & CO., INC. *v.* ATLANTIC MUTUAL INSURANCE CO.  November 9, 1942.

No. 128.  GURNEY ET AL. *v.* FERGUSON ET AL.  November 9, 1942.

No. 139.  YANIS *v.* SMITH, WARDEN.  November 9, 1942.

No. 159.  MASON *v.* MERCED IRRIGATION DISTRICT. November 9, 1942.

No. 160.  CHELTENHAM & ABINGTON SEWERAGE CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. November 9, 1942.

No. 168.  LEVINE *v.* HUDSPETH, WARDEN.  November 9, 1942.

No. 180.  SOUTHWESTERN GREYHOUND LINES, INC. *v.* BUCHANAN.  November 9, 1942.

No. 188.  NIVENS *v.* HUDSPETH, WARDEN.  November 9, 1942.

No. 216.  A. W. STICKLE & CO. *v.* INTERSTATE COMMERCE COMMISSION.  November 9, 1942.